THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
NO. 7:21-CV-155-BO

| | | |
|---|---|---|
| MICHAEL JOSEPH COSTABILE, | ) | |
| Plaintiffs | ) ) ) | |
| v. | ) ) | **NOTICE OF SETTLEMENT** |
| KEITH FOGLEMAN, et al, | ) ) ) | |
| Defendants | ) ) ) | |

Please be advised that the parties, through counsel, have agreed upon terms to settle this matter. Final settlement and dismissal paperwork will be filed upon completion. Therefore, the parties respectfully request that the Court stay this matter for thirty (30) days to permit the parties to finalize the settlement and dismissal documents.

DATED: April 27, 2023

Respectfully submitted,

<u>/s/ Ronald C. Finley</u>
Ronald C. Finley
Remington A. Lenton-Young
Hoge, Fenton, Jones, and Appel, Inc.
55 South Market Street, Ste. 900
San Jose, CA 95113
ronald.finley@hogefenton.com
remington.lenton-young@hogefenton.com
Telephone (408) 287-9501
Fax (408) 287-2583
CA Bar Nos. 200549 and 295392
Counsel for Plaintiff

/s/ *James L. Lester*
James L. Lester
MacCord Mason PLLC
2733 Horse Pen Creek Rd., Suite 101
Greensboro, NC 27410
jlester@maccordmason.com
Telephone: (336) 360-7016
Fax (336) 271-2830
NC Bar No. 15715
Local Rule 83.1(d) Counsel for Plaintiff



Respectfully submitted,

/s/ *Douglas W. Meier*
Douglas W. Meier, N.C. Bar No. 52722
NK PATENT LAW
4101 Lake Boone Trail, Ste 218
Raleigh, NC 27607
Telephone: (919) 348-2194
E-mail: dmeier@nkpatentlaw.com

Attorney for Defendants Keith Fogleman, Roger Ayers, and Ustopit, LLC

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 27, 2023, I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the Eastern District of North Carolina using the CM/ECF Filing System, which will send notification via electronic means to all counsel of record.

This 27th day of April, 2023.

/s/ *James L. Lester*
James L. Lester
MacCord Mason PLLC
2733 Horse Pen Creek Rd., Suite 101
Greensboro, NC 27410
jlester@maccordmason.com
Telephone: (336) 360-7016
Fax (336) 271-2830
NC Bar No. 15715
Local Rule 83.1(d) Counsel for Plaintiff