THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
NO. 7:21-CV-155-BO

MICHAEL JOSEPH COSTABILE, et al, )
)
    Plaintiffs ) **ORDER GRANTING CONSENT**
) **MOTION FOR DISMISSAL**
v. )
)
KEITH FOGLEMAN, et al, )
)
    Defendants )
)

**ORDER GRANTING CONSENT MOTION FOR DISMISSAL**

Plaintiffs Michael Joseph Costabile and Precision Time Systems, Inc. and Defendants Keith Fogleman, Roger Ayers, and Ustopit, LLC (together, the "Parties") have moved for dismissal of all claims by and between the Parties with prejudice, with each party to bear their own attorneys' fees and costs, and that the Court will retain jurisdiction and venue for enforcement and interpretation of the Parties' confidential Settlement and License Agreement.

WHEREFORE, it is hereby ORDERED that the Parties' Consent Motion for Dismissal is GRANTED, and all claims by and between the Parties are hereby dismissed with prejudice, with each party to bear their own attorneys' fees and costs, and the Court will retain jurisdiction and venue for enforcement and interpretation of the Parties' confidential Settlement and License Agreement.

This the 20 day of June, 2023.

                                                      *Terrence Boyle*
                                                      United States District Judge

1